1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   WILLIAM GIPSON,                         CASE NO. 1:12–cv–00343-BAM PC

10                     Plaintiff,            ORDER GRANTING PLAINTIFF'S
                                            APPLICATION TO PROCEED *IN FORM*
11          v.                              *PAUPERIS*

12   C/O R. SCHMIST, et al.,                (ECF No. 5)

13                     Defendants.
                                    /
14

15          Plaintiff William Gipson, a former state prisoner proceeding pro se in this civil rights action

16   pursuant to 42 U.S.C. § 1983, filed an application to proceed *in forma pauperis* on March 16, 2012.

17   (ECF No. 5.)  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

18   § 1915(a).  Notwithstanding this order, the Court does not direct that service be undertaken until the

19   Court screens the complaint in due course and issues its screening order.

20          Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

21          IT IS SO ORDERED.

22   **Dated:**    **March 20, 2012**            **/s/ Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1