# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GIPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. SCHMIST, et al.,<br><br>　　　　Defendants. | 1:12-cv-00343-BAM (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FOR FAILURE TO OBEY A COURT ORDER |

　　　　Plaintiff William Gipson ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 7, 2012. Plaintiff consented to the jurisdiction of the Magistrate Judge.

　　　　On November 4, 2013, the Court dismissed Plaintiff's second amended complaint with leave to file a third amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file a third amended complaint in compliance with the order, this action would be dismissed for failure to state a claim. (ECF No. 17, p. 5.)

　　　　The deadline for Plaintiff to file his third amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

1    Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2    HEREBY DISMISSED based on Plaintiff's failure to state any claims upon which relief may be
3    granted and for failure to obey a court order.
4    IT IS SO ORDERED.

    Dated:   **December 17, 2013**          /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE